DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HERMAN JACKSON,**
Appellant,

v.

**JEFFERY MONGIOUI,**
Appellee.

No. 4D2025-2762

[February 26, 2026]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Santo DiGangi, Judge; L.T. Case No. 502025CC000357XXXAMB.

Herman Jackson, West Palm Beach, pro se.

Charles L. Pickett, Jr., of Charles L. Pickett, P.A., Fort Pierce, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and SHAW, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***